**Order filed November 17, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00441-CR
_____

### EX PARTE JUSTIN FRANK

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 20-DCR-091881**

## ORDER

Appellant is represented by retained counsel, Trevor Sharon. No reporter's record has been filed in this case. Mindy Hall, the official court reporter for the 400th District Court, informed this court that appellant had not made arrangements for payment of the reporter's record. On September 14, 2020, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant's retained counsel, Trevor Sharon, to file a brief in this appeal on or before December 17, 2020. If counsel does not timely file the brief as ordered, we will issue an order requiring the trial court to hold a hearing to determine why the brief has not been filed.


PER CURIAM


Panel Consists of Justices Bourliot, Zimmerer, and Spain.